William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 W. Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant David Nelson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID NELSON,<br><br>　　　　Defendant. | Case No.  1:10-MJ-00059 SMS<br><br>**ORDER VACATING SEPTEMBER 2, 2010 HEARING AND SETTING A FINAL REVIEW HEARING**<br><br>Date:　　　　September 2, 2010<br>Time:　　　　10:00 a.m.<br>Courtroom:　10<br><br>Judge:　　　Hon. Gary Austin |

The Court having reviewed the Notification to Court of Completion of Community Service Hours and Request to Vacate September 2, 2010 Hearing and Set Final Review Hearing submitted by Defendant David P. Nelson, and finding that Defendant David P. Nelson is current on all hours, and has obeyed all laws, the Court vacates the September 2, 2010 review hearing and sets a final review hearing on April 7, 2011, at 10:00 a.m. in Courtroom 10 of the above-referenced Court before U.S. Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

　Dated: __**August 30, 2010**__　　　　　　__**/s/ Sheila K. Oberto**__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

K:\SKO\Signed_Orders\10mj59.USA.v.Nelson.cont.doc　　　1

**[PROPOSED] ORDER VACATING SEPTEMBER 2, 2010 HEARING AND SETTING
A FINAL REVIEW HEARING**